COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL, INC., | § | |
| Appellant, | § | No. 08-12-00139-CV |
| | § | Appeal from the |
| v. | § | |
| | § | 431st Judicial District Court |
| DENTON CENTRAL APPRAISAL DISTRICT and DENTON COUNTY APPRAISAL REVIEW BOARD, | § | of Denton County, Texas |
| | § | (TC# 2004-60114-393) |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellant and its sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, both in this Court and the court below, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 19TH DAY OF MARCH, 2014.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.